[995 NE2d 845, 972 NYS2d 530]

The People of the State of New York, Appellant, v Terrence McFarlane, Respondent.

Decided August 29, 2013

**APPEARANCES OF COUNSEL**

*Robert T. Johnson, District Attorney*, Bronx (*Stanley R. Kaplan* of counsel), for appellant.

Respondent precluded.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed. The determination as to whether a defendant has consented to a search involves a mixed question of law and fact (*People v Valerio*, 95 NY2d 924, 925 [2000]). Where, as here, there exists record support for the Appellate Division's resolution of this question, the issue is beyond this Court's further review (*id.*).

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.